Edwin M. Jackson and Others, Respondents, v. Susan J. Ingalls, Impleaded, Appellant.— Motion to dismiss appeal granted, with ten dollars costs.

Henry S. Cavanaugh, Appellant, v. Oakleigh Thorne, Respondent.— Motion to dismiss appeal granted, with ten dollars costs.

The Sloss Iron and Steel Company, Appellant, v. Jackson Architectural Iron Works, Respondent.— Motion to dismiss appeal granted, with ten dollars costs.

Ida Tynberg, Respondent, v. The New York and Harlem Railroad Company and Others, Appellants.— Motion denied, with ten dollars costs.

Mt. Morris Bank, Respondent, v. The New York and Harlem Railroad Company and Others, Appellants.— Motion denied, with ten dollars costs.

Abraham Sarasohn, Appellant, v. Rebecca Kamaiky and Others, Respondents. Leon Kamaiky and Others, Respondents, v. Bertha Sarasohn, as Administratrix, etc., and Others, Appellants. — Motion denied, with ten dollars costs.

Marcella Sallie, as Administratrix, Appellant, v. New York City Railway Company, Respondent.— Motion denied, with ten dollars costs.

Annie Kragel, as Administratrix, Appellant, v. Samuel Green and Others, Respondents.— Motion denied, with ten dollars costs.

Harriet R. Robeson, Respondent, v. George Herzog, Appellant.— Motion denied, with ten dollars costs.

George J. Jetter and Others, Respondents, v. John Scollan, Appellant.— Motion granted upon plaintiffs stipulating that upon affirmance judgment absolute should be rendered against them.

John H. Conlen, Appellant, v. Rosanna Riser and Others, Defendants. Edward B. Corey, Purchaser, Respondent.— Motion denied, with ten dollars costs to Conlen and to Corey, appearing in opposition.

Angelus M. Sartorelli, Respondent, v. Mary V. Ezagui, etc., Appellant.— Motion to dismiss appeal denied, with ten dollars costs. See memorandum per curiam. Order filed.

Abraham A. Heller and Others, Respondents, v. William Methner and Others, Appellants.— Motion denied, with ten dollars costs, without prejudice to a renewal of the motion in this court in the event that the default be opened at the Special Term. See memorandum per curiam. Order filed.

Mary Lowry, as Administratrix, etc., Respondent, v. Interurban Street Railway Company, Appellant.— Motion denied upon payment of ten dollars costs, with leave to defendant to apply to the court below to open default. Order filed.

Ratje Bunke, Respondent, v. New York Telephone Company, Appellant.— Motion granted. Order filed.

Samuel V. Abel, Respondent, v. Henry Bischoff, Jr., and Others, Appellants. — Motion granted. Order filed.

Mishkind Feinberg Realty Company, Plaintiff, v. Louis Sidorsky, Defendant. — Motion denied, with leave to applicant as stated in memorandum per curiam. Order filed.

The People of the State of New York ex rel. Robert F. O'Connell, Relator, v. Nicholas J. Hayes, as Fire Commissioner of the City of New York, Respondent.— Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements. No opinion. Order filed.

The People of the State of New York ex rel. William A. Stoutenburgh, Relator, v. Nicholas J. Hayes, as Fire Commissioner of the City of New York, Respondent.— Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements. No opinion. Order filed.

George H. Lawrence and John Knewitz, as Executors, etc., of Elizabeth H. Sias, Deceased, Appellants, v. Arthur W. Sias, Individually and as Executor, etc., of Elizabeth H. Sias, Deceased, Respondent.— Judgment affirmed, with costs. No opinion. Order filed.

Mary E. Gedney, Respondent, v. Arthur W. Sias and Others, as Executors, etc., of Elizabeth H. Sias, Deceased, Appellants.— Judgment and order affirmed, with costs. No opinion. Order filed. (Ingraham, J., dissenting.)

Salvino Belotti, as Administrator, etc., of Maria G. Belotti, Deceased, Respondent, v. Metropolitan Street Railway Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Order filed.

Emilie Kohm, as Administratrix, etc., of Adolph Kohm, Deceased, Appellant, v. Interborough Rapid Transit Company, Respondent.— Judgment affirmed, with costs. No opinion. (Laughlin, J., dissenting.) Order filed.